### No. 418

No. 18776—Hubert A. Estabrook, Receiver, v. The Public Utilities Commission of Ohio. Error to the Public Utilities Commission.

1192. TRANSPORTATION—Certificate of public convenience not an asset in hands of receiver of a company.

ROBINSON, J.

A certificate of public convenience and necessity is not an asset with which a receiver of public convenience and necessity upon affcharged, or which he may sell and convert into an asset, nor is the right to a certificate of a motor transportation company can be fidavit under Section 614-87, General Code, an

asset of a receiver of a motor transportation company, which but for the appointment of the receiver would have been entitled to such a certificate, nor can the same be sold or transferred and converted into an asset.

Order affirmed.

Marshall, C. J., Jones, Matthias, Day, Allen and Kinkade, JJ., concur.